## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AD-BASE SYSTEMS, INC., n/k/a AD-BASE GROUP, INC. <br><br> Applicant, <br><br> v. <br><br> TEXAS AMERICAN COMMUNICATIONS NETWORK, INC., <br><br> Respondent. | Civil Action No. 2:08-CV-00496-GLL |

### ORDER

AND NOW, this 13th day of June, 2008, upon consideration of Ad-Base Systems, Inc., n/k/a Ad-Base Group, Inc.'s Application and Motion for Confirmation of Arbitration Award and Entry of Judgment, which application and motion seeks the confirmation and entry of judgment on the Award entered by Arbitrator Gary L. Kaplan, Esquire, in the matter of the Arbitration between Texas American Communications Network, Inc. and Ad-Base Systems, Inc., American Arbitration Association Case No. 55 117 Y 00380 06, and upon consideration of Ad-Base Systems, Inc., n/k/a Ad-Base Group, Inc.'s Motion for Entry of Default Judgment, it is hereby ORDERED, ADJUDGED and DECREED that the Award is CONFIRMED. It is further ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Ad-Base Systems, Inc., n/k/a Ad-Base Group, Inc., and against Texas American Communications Network, Inc. in the amount of $248,562.71.

_____
United States District Judge